MARCELINO GARCIA et al., as Executors of MANUEL DIAZ, Deceased, et al., Appellants, *v.* PAN AMERICAN AIRWAYS, INC., Respondent, et al., Defendants.

Argued January 22, 1946; decided April 18, 1946.

*Francis Xavier Nestor, T. Catesby Jones, Oscar R. Houston* and *James W. Ryan* for appellants.

*Donald Havens* and *David L. Corbin* for respondent.

Order affirmed, with costs. Questions certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. MEDALIE, J., deceased.